## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP BERGER, in his official capacity as President *Pro Tempore* of the North Carolina Senate; *et al.*, <br><br> *Defendants*. | Case No. 1:23-cv-1104 <br><br> **LEGISLATIVE DEFENDANTS' NOTICE OF FILING** |

Defendants President Philip E. Berger, Speaker Timothy K. Moore, Representative Destin Hall, Senator Warren Daniel, Senator Ralph Hise, and Senator Paul Newton, each in their official capacities ("Legislative Defendants") hereby give notice that an Amended Complaint was filed in *Williams, et al. v. Hall, et al.*, M.D.N.C. No. 1:23-CV-01057 on March 4, 2024 at D.E. 30. A true and accurate copy of the Amended Complaint is attached hereto as **Exhibit 1**. Shortly thereafter, *Williams* Plaintiffs also filed a corresponding notice at D.E. 31. A true and accurate copy of this Notice is attached hereto as **Exhibit 2**.

Respectfully submitted, this the 5th day of March, 2024.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**


By: /s/ Phillip J. Strach
       Phillip J. Strach
       North Carolina State Bar no. 29456

Thomas A. Farr
North Carolina State Bar no. 10871
Alyssa M. Riggins
North Carolina State Bar no. 52366
Cassie A. Holt
North Carolina State Bar no. 56505
Alexandra M. Bradley
North Carolina State Bar no. 54872
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
tom.farr@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
alex.bradley@nelsonmullins.com

E. Mark Braden*
Katherine L. McKnight*
Trevor Stanley*
Richard B. Raile*
BAKERHOSTETLER LLP
1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
(202) 861-1500
mbraden@bakerlaw.com
kmcknight@bakerlaw.com
tstanley@bakerlaw.com
rraile@bakerlaw.com

*Counsel for Legislative Defendants*
*\* Notice of Special Appearance forthcoming*

2

## CERTIFICATE OF SERVICE

I, Phillip J. Strach, hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification to counsel of record.

This the 5th day of March, 2024.

**NELSON MULLINS RILEY &
SCARBOROUGH LLP**

/s/ Phillip J. Strach
Phillip J. Strach
N.C. State Bar No. 29456
