IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, FLOR HERRERA-PICASSO, MINERVA FREEMAN, MAURA ACETO, JAVIER LIMON, ARMENTA EATON, JAMES ADAMS, LUCIANO GONZALEZ-VEGA, CHENITA JOHNSON, PAMLYN STUBBS, EARL JONES, ALLISON SHARI ALLEN, LAURA MCCLETTIE, NELDA LEON, GERMAN DE CASTRO, ALAN RENE OLIVA CHAPELA, VIRGINIA KEOGH, and NATALEE NANETTE NIEVES, Plaintiffs, v. REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, SENATOR WARREN DANIEL, in his official capacity as Co-Chair of the Senate Standing Committee on Redistricting and Elections, SENATOR RALPH E. HISE, JR., in his official capacity as Co-Chair of the Senate Standing Committee on Redistricting and Elections, SENATOR PAUL NEWTON, in his official capacity as Co-Chair of the Senate Standing Committee on Redistricting and Elections, REPRESENTATIVE TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives, SENATOR PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, THE NORTH CAROLINA STATE BOARD OF | 1:23-CV-1057 |

ELECTIONS, ALAN HIRSCH, in his       )
official capacity as Chair of        )
the North Carolina State Board       )
of Elections, JEFF CARMON III,       )
in his official capacity as          )
Secretary of the North               )
Carolina State Board of              )
Elections, STACY EGGERS IV, in       )
his official capacity as             )
Member of the North Carolina         )
State Board of Elections,            )
KEVIN LEWIS, in his official         )
capacity as Member of the            )
North Carolina State Board of        )
Elections, SIOBHAN O'DUFFY           )
MILLEN, in her official              )
capacity as Member of the            )
North Carolina State Board of        )
Elections,                           )
                                     )
            Defendants.              )

_____

NORTH CAROLINA STATE                 )
CONFERENCE OF THE NAACP,             )
COMMON CAUSE, MITZI REYNOLDS         )
TURNER, DAWN DALY-MACK, HOLLIS       )
BRIGGS, CORINE MACK, CALVIN          )
JONES, JOAN CHAVIS, LINDA            )
SUTTON, and SYENE JASMIN,            )
                                     )
            Plaintiffs,              )
                                     )
      v.                             )
                                     )
PHILIP BERGER, in his official       )
capacity as the President Pro        )
Tempore of the North Carolina        )
Senate, TIMOTHY MOORE, in his        )
official capacity as the             )
Speaker of the North Carolina        )
House of Representatives,            )
DESTIN HALL, in his official         )
capacity as the Chair of the         )    1:23-CV-1104
North Carolina House of              )

Representatives Redistricting  )
Committee, WARREN DANIEL, in  )
his official capacity as Co-  )
Chair of the North Carolina  )
Senate Redistricting and  )
Elections Committee, RALPH  )
HISE, in his official capacity  )
as Co-Chair of the North  )
Carolina Senate Redistricting  )
and Elections Committee, PAUL  )
NEWTON, in his official  )
capacity as Co-Chair of the  )
North Carolina Senate  )
Redistricting and Elections  )
Committee, THE NORTH CAROLINA  )
STATE BOARD OF ELECTIONS, ALAN  )
HIRSCH, in his official  )
capacity as the Chair of the  )
State Board of Elections, JEFF  )
CARMON, in his official  )
capacity as the Secretary of  )
the State Board of Elections,  )
STACY EGGERS, in his official  )
capacity as a member of the  )
State Board of Elections,  )
KEVIN N. LEWIS, in his  )
official capacity as a member  )
of the State Board of  )
Elections, SIOBHAN O'DUFFY  )
MILLEN, in her official  )
capacity as a member of the  )
State Board of Elections,  )
KAREN BRINSON BELL, in her  )
official capacity as the  )
Executive Director of the  )
State Board of Elections, THE  )
STATE OF NORTH CAROLINA,  )
                               )
            Defendants.

## ORDER

Before the court is the motion of Michael B. Jones, Esquire to withdraw as counsel for Plaintiffs in case number 1:23CV1057. (Doc. 45.) For good cause shown,

IT IS ORDERED that the Clerk remove Michael B. Jones, Esquire as counsel of record for Plaintiffs Shauna Williams, Flor Herrera-Picasso, Minerva Freeman, Maura Aceto, Javier Limon, Armenta Eaton, James Adams, Luciano Gonzalez-Vega, Chenita Johnson, Pamlyn Stubbs, Earl Jones, Allison Shari Allen, Laura McClettie, Nelda Leon, German De Castro, Alan Rene Oliva Chapela, Virginia Keogh, and Nanette Nieves in case number 23CV1057, and remove his name from all service lists in the case. Plaintiffs will continue to be represented by counsel for Elias Law Group, LLP and Patterson Harkavy LLP.

                                      /s/ Thomas D. Schroeder
                                      United States District Judge
                                      FOR THE COURT

May 3, 2024

4

Case 1:23-cv-01104-TDS-JLW   Document 36   Filed 05/03/24   Page 4 of 4