IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al.<br><br>*Plaintiffs,*<br><br>vs.<br><br>PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al.<br><br>*Defendants.* | **NOTICE OF SPECIAL APPEARANCE**<br><br>**Civil Action No. 23 CV 1104** |

Please take notice that the undersigned Samuel Yergin hereby enters a notice of special appearance as counsel for Plaintiffs North Carolina State Conference of the NAACP, Common Cause, Mitzi Reynolds Turner, Dawn Daly-Mack, Hollis Briggs, Corine Mack, Calvin Jones, Linda Sutton, and Syene Jasmin in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Hilary Harris Klein.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the Court.

Dated this 30th day of October, 2024.   Respectfully submitted,

                                                       */s/ Samuel Yergin*
                                                     Samuel Yergin
                                                     Hogan Lovells US LLP
                                                     8350 Broad St., 17th Floor
                                                     Tysons, VA 22102
                                                     Telephone: 703-610-6100
                                                     Facsimile: 703-610-6200
                                                     samuel.yergin@hoganlovells.com

                                                     *Counsel for Plaintiffs*

1

/s/ *Hilary Harris Klein*
Hilary Harris Klein (State Bar # 53711)
Southern Coalition for Social Justice
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
hilaryhklein@scsj.org

*Local Civil Rule 83.1(d) Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document to counsel of record via ECF and to Defendants by U.S. mail, addressed as follows:

| | |
|---|---|
| Sen. Philip Berger<br>Rep. Timothy Moore<br>Rep. Destin Hall<br>Sen. Warren Daniel<br>Sen. Ralph Hise<br>Sen. Paul Newton<br>The State of North Carolina<br>c/o Josh Stein<br>Attorney General<br>State of North Carolina<br>114 West Edenton Street<br>Raleigh, NC 27603 | North Carolina State Board of Elections<br>Alan Hirsch<br>Jeff Carmon<br>Stacy Eggers<br>Kevin N. Lewis<br>Siobhan O'Duffy Millen<br>Karen Brinson Bell<br>c/o Paul Cox<br>General Counsel<br>North Carolina State Board of Elections<br>430 N. Salisbury St.<br>Suite 3128<br>Raleigh, NC 27601 |

This 30th day of October, 2024.

*/s/ Hilary Harris Klein*
Hilary Harris Klein (State Bar # 53711)
Southern Coalition for Social Justice
5517 Durham Chapel Hill Blvd.
Durham, NC 27707
Telephone: 919-794-4213
Facsimile: 919-908-1525
hilaryhklein@scsj.org

3

Case 1:23-cv-01104-TDS-JLW   Document 43   Filed 10/30/24   Page 3 of 3