**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| SHAUNA WILLIAMS, et al., | |
| Plaintiffs, | |
| vs. | Case No. 1:23-cv-1057 |
| REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting; et al., | |
| Defendants. | |
| *consolidated with* | |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., | |
| vs. | Case No. 1:23-cv-01104 |
| PHILIP BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, et al., | |
| Defendants. | |

## <u>NOTICE OF SPECIAL APPEARANCE</u>

Please take notice that the undersigned Anna E. Croyts hereby enters a notice of special appearance as attorney for Defendants Representative Destin Hall, Senator Ralph Hise, Senator Paul Newton, Senator Warren Daniel, Speaker Timothy K. Moore, and President Pro Tempore Philip E. Berger, all in their official capacities ("Legislative

Defendants") in the above-captioned matters, in association with Local Civil Rule 83.1(d) attorney, Phillip J. Strach.

I certify that I will submit any document to Phillip J. Strach of the North Carolina law firm of Nelson Mullins Riley and Scarborough LLP for review prior to filing the document with the court.

Respectfully submitted, this the 19th day of May, 2025.

**BAKER & HOSTETLER LLP**

By: /s/ Anna E. Croyts
   Anna E. Croyts
   Ohio State Bar No. 0104620
   200 Civic Center Drive, Suite 1200
   Columbus, OH 43215
   (614) 462-5146
   acroyts@bakerlaw.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ Phillip J. Strach
   Phillip J. Strach
   North Carolina State Bar no. 29456
   Alyssa M. Riggins
   North Carolina State Bar no. 52366
   Cassie A. Holt
   North Carolina State Bar no. 56505
   Jordan A. Koonts
   North Carolina State Bar no. 59363
   301 Hillsborough Street, Suite 1400
   Raleigh, North Carolina 27603
   Ph: (919) 329-3800
   phil.strach@nelsonmullins.com
   alyssa.riggins@nelsonmullins.com
   cassie.holt@nelsonmullins.com
   jordan.koonts@nelsonmullins.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have filed the foregoing document with the Clerk of Court using the CM/ECF system which will provide electronic notification to counsel of record.

This the 19th day of May, 2025.

**BAKER & HOSTETLER LLP**

By: <u>/s/ Anna E. Croyts</u>
     Anna E. Croyts
     Ohio State Bar No. 0104620
     200 Civic Center Drive, Suite 1200
     Columbus, OH 43215
     (614) 462-5146
     acroyts@bakerlaw.com