IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> REPRESENTATIVE DESTIN HALL, et al., <br><br> Defendants. | Case No. 1:23-cv-01057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PHILIP BERGER, et al., <br><br> Defendants. | Case No. 1:23-cv-01104 |

### MOTION TO WITHDRAW AS COUNSEL FOR STATE DEFENDANTS

NOW COMES the undersigned, Special Deputy Attorney General Mary Carla Babb, and hereby move to withdraw as counsel on behalf of State Defendants, in the above-captioned matter pursuant to Local Rule 83.1(e). The undersigned respectfully moves for leave to withdraw as counsel in this matter because she has accepted another position and will no longer be employed with the North Carolina Department of Justice effective February 28, 2025. She therefore will no longer be in a position to represent State Defendants. Special Deputy Attorney General Terence Steed, who has previously made a

notice of appearance in this action, will continue as counsel of record for State Defendants. As such, State Defendants shall not be prejudiced by the withdrawal of the undersigned.

For the foregoing reasons and good cause shown, the undersigned respectfully requests that this Court grant her leave to withdraw from this matter as counsel for State Defendants.

Respectfully submitted this the 26th day of February, 2025.

                DEPARTMENT OF JUSTICE

                /s/ Mary Carla Babb
                Mary Carla Babb
                Special Deputy Attorney General
                State Bar No. 25713
                E-mail: mcbabb@ncdoj.gov

                Terence Steed
                Special Deputy Attorney General
                N.C. State Bar No. 52809
                E-mail: tsteed@ncdoj.gov

                North Carolina Department of Justice
                Post Office Box 629
                Raleigh, North Carolina 27602
                Telephone: (919) 716-6573

                *Counsel for State Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing **MOTION TO WITHDRAW COUNSEL** was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

This the 26th day of February, 2025.

/s/ Mary Carla Babb
Mary Carla Babb
Special Deputy Attorney General