IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al., *Plaintiffs*, v. REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al., *Defendants*. | 1:23CV1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., *Plaintiffs*, v. PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al., *Defendants.* | 1:23CV1104 |

## ORDER

This matter is before the court on the Motion to Withdraw as Counsel for State Defendants filed by Special Deputy Attorney General Mary Carla Babb. (Doc. 91.) As noted in the Motion, State Defendants will continue to be represented by the remaining counsel of record, Special Deputy Attorney General Terence Steed. In light of the motion and representation contained therein, this Court finds that there

Defendants (Doc. 91) is GRANTED, and Attorney Mary Carla Babb is permitted to withdraw as counsel in this matter, and her appearance will be terminated on the docket.

    /s/   Allison J. Rushing
United States Circuit Judge

   /s/  Richard E. Myers, II
Chief United States
District Judge

   /s/   Thomas D. Schroeder
United States District Judge

March 3, 2025

2

Case 1:23-cv-01057-TDS-JLW    Document 92    Filed 03/03/25    Page 2 of 2