IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHAUNA WILLIAMS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>REPRESENTATIVE DESTIN HALL, in his official capacity as Chair of the House Standing Committee on Redistricting, et al.,<br>*Defendants*. | 1:23CV1057 |
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PHILIP BERGER, in his official capacity as the President Pro Tempore of the North Carolina Senate, et al.,<br>*Defendants.* | 1:23CV1104 |

## **ORDER**

This matter is before the court on the unopposed motion by NAACP Plaintiffs to permanently seal the unredacted voting records of non-party standing members of the Associational Plaintiffs, pursuant to Local Rule 40.1(d). (Doc. 144.)

For the reasons stated in the motion and the court's April 3, 2025 Order (Doc. 97),

IT IS ORDERED that NAACP Plaintiffs' Uncontested Motion to Seal (Doc. 144) is GRANTED, and the unredacted voting records of standing members, NAACPPX 164-166, shall remain under seal.

The court understands the parties intend to utilize only paper copies of these unredacted exhibits and to refer to individuals within these unredacted voting records by Bates numbers with witnesses at trial to avoid sealing the courtroom or any trial testimony transcripts.

    /s/   Allison J. Rushing
United States Circuit Judge

    /s/   Richard E. Myers, II
Chief United States District Judge

    /s/   Thomas D. Schroeder
United States District Judge

June 16, 2025